UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-12-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHALI WARREN | ORDER TO SEAL |

On motion of the Defendant, Nathali Warren, and for good cause shown, it is hereby ORDERED that the [DE 33] be sealed until further notice by this Court.

IT IS SO ORDER.

This  27th  day of September, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge